UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO GUERRA AND MARY ESTHER GUERRA | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:17-cv-00167 |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS | § § § § | |
| Defendant | § | Jury Requested |

## PARTIES' NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs, Jose Ignacio Guerra and Mary Esther Guerra, and Defendant, Metropolitan Lloyds Insurance Company of Texas, hereby provide this Notice of Settlement to the Court and would show the Court as follows:

1. The parties have reached a settlement in this matter. The parties request 21 days to finalize the settlement, because even though the parties intend to expedite the process in this case, it always takes longer than anticipated.

2. Although the parties hope the conclusion of this settlement can be accomplished before the expiration of 21 days, the parties are seeking 21 days to avoid having to come back to the Court for additional time

LAW OFFICE OF RANDALL BARRERA
5959 S. Staples, Ste. 208
Corpus Christi, Texas 78413
Telephone No: (361) 992-7917
Telecopier No: (361) 992-7769

By:   /S/ Randall Barrera
Randall Barrera
State Bar No. 00792349
E-mail: rbarrerafirm@gmail.com
ATTORNEY FOR PLAINTIFFS

DONNELL, ABERNETHY & KIESCHNICK, PC
P.O. Box 2624
Corpus Christi, Texas 78403-2624
Telephone No.: (361) 888-5551
Telecopier No.: (361) 880-5618

By: _/s/ Rebecca R. Kieschnick_
Rebecca R. Kieschnick
State Bar No. 21566900
rkieschnick@dakpc.com
Kristina Fernandez
State Bar No. 24010021
kfernandez@dakpc.com
Rachel McKenna
State Bar No. 24102183
rmckenna@dakpc.com
ATTORNEYS FOR DEFENDANT