UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 26, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| JOSE IGNACIO GUERRA AND | § | |
| MARY ESTHER GUERRA | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:17-cv-00167 |
| | § | |
| METROPOLITAN LLOYDS | § | |
| INSURANCE COMPANY OF TEXAS | § | |
| | § | |
| Defendant | § | Jury Requested |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal (D.E.26), filed by the parties to this action, Plaintiffs, Jose Ignacio Guerra and Mary Esther Guerra, and Defendant, Metropolitan Lloyds Insurance Company of Texas, the Court enters final judgment dismissing this action with prejudice.

ORDERED this 26 day of April, 2018.

HAYDEN W. HEAD
UNITED STATES SENIOR JUDGE